Daniel Cohen, AZ Bar # 032552
CONSUMER ATTORNEYS
68-29 Main Street
Flushing, NY 11367
T: (718) 770-7901
F: (718) 715-1750
dcohen@consumerattorneys.com

*Attorneys for Plaintiff*
*Thomas Thornquist*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

|  |  |
|---|---|
| Thomas Alton Thornquist, <br><br> Plaintiff, <br><br> v. <br><br> Equifax Information Services, LLC, and Synchrony Bank <br><br> Defendant. | **Case No.: 2:25-cv-03510-PHX-SPL** <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY REQUESTS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff Thomas Alton Thornquist hereby gives notice that he served upon all counsel of record Plaintiff's Second Set of Discovery Requests via email on June 26, 2026.

RESPECTFULLY SUBMITTED this 26th day of June 2026.

*/s/ Daniel Cohen*
Daniel Cohen, AZ Bar # 032552
CONSUMER ATTORNEYS
68-29 Main Street
Flushing, NY 11367
T: (718) 770-7901
F: (718) 715-1750
dcohen@consumerattorneys.com

*Attorneys for Plaintiff*
*Thomas Thornquist*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Max Lukjanski*